```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 0 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ZEHRA JAFFERY,

                                  Plaintiff,

     -against-

DOWNTOWN PHARMACY, INC. et al.,

                                Defendants.

------------------------------------- x

ORDER

20 Civ. 3437 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The conference scheduled for August 12, 2020 at 9:30 a.m. is canceled. Oral argument on Defendants' motion to dismiss, (ECF No. 9), is scheduled for November 4, 2020 at 10:30 a.m.

Dated: New York, New York
       August 10, 2020

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge