**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 19 2020

------------------------------------- x

ZEHRA JAFFERY,

         Plaintiff,

   -against-

DOWNTOWN PHARMACY, INC. et al.,

         Defendants.

------------------------------------- x

ORDER

20 Civ. 3437 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Oral argument on Defendants' motion to dismiss, (ECF No. 9), is adjourned from November 4, 2020 to November 5, 2020 at 10:30 a.m.

Dated: New York, New York
   October 19, 2020

               SO ORDERED.

               *George B. Daniels*
               GEORGE B. DANIELS
               United States District Judge