UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ZEHRA JAFFERY,

                      Plaintiff,

    -against-

DOWNTOWN PHARMACY, INC. et al.,

                    Defendants.
------------------------------------- x

ORDER

20 Civ. 3437 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for January 27, 2021 is adjourned to February 24, 2021 at 9:45 a.m.

Dated: New York, New York
       January 21, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge