```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 3 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ZEHRA JAFFERY,

        Plaintiff,

  -against-

DOWNTOWN PHARMACY, INC. et al.,

        Defendants.

------------------------------------- x

ORDER

20 Civ. 3437 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The status conference scheduled for February 24, 2021 is adjourned to March 31, 2021 at 9:45 a.m.

Dated: New York, New York
   February 23, 2021

              SO ORDERED.

              *George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge