USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 3 0 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ZEHRA JAFFERY,

                        Plaintiff,

     -against-

DOWNTOWN PHARMACY, INC. et al.,

                    Defendants.

------------------------------------- x

ORDER

20 Civ. 3437 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for March 31, 2021 is adjourned to May 12, 2021 at 9:45 a.m.

Dated: New York, New York
       March 30, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge