# KEENAN & BHATIA, LLC

90 Broad Street, Suite 200
New York, NY 10004
Tel: (917) 975-5278
www.keenanfirm.com

June 29, 2021

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      RE:    *Jaffery v. Downtown Pharmacy, Inc., et al.,* Case No. 1:20-cv-03437-GBD
                Joint Letter Application to Adjourn Conference

Dear Judge Daniels:

I represent the Plaintiff, Zehra Jaffery, in the above-captioned matter. The Court has set a conference tomorrow regarding the case.

I write on behalf of all parties to request that the Court adjourn the conference. Defendants recently filed an Answer to the First Amended Complaint, and the parties have agreed to proceed to mediation on September 21, 2021, with retired United States Magistrate Judge Diane M. Welsh (E.D. Pa.). Counsel are working cooperatively together and are committed to working towards a resolution.

Respectfully submitted,

KEENAN & BHATIA, LLC
  */s/ E.E. Keenan*
Attorney for Plaintiff

Cc:     Vladislav Tinovsky, Esq. (by ECF)