UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ZEHRA JAFFERY,

                           Plaintiff,

      -against-

DOWNTOWN PHARMACY, INC., JAMES
LEUNG, EUGENE OSNIS.

                        Defendants.
------------------------------------- x

ORDER

20 Civ. 3437 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Parties' request to adjourn the initial conference from June 30, 2021 until October 6, 2021 at 9:30 a.m., (ECF No. 39), is GRANTED.

The Clerk of Court is directed to close the letter motion, (ECF No. 39), accordingly.

Dated: June 29, 2021
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge