# TINOVSKY LAW FIRM PC

FIVE NESHAMINY INTERPLEX
SUITE 205
TREVOSE, PA 19053
215.568.6860 PHONE
215.701.4987 FAX
WWW.TINOVSKY.COM

VLAD TINOVSKY, ESQUIRE
215.568.6862 Direct
vtinovsky@tinovskylaw.com

October 5, 2021

**Via ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**RE:    Jaffery v. Downtown Pharmacy, Inc. et al., Case No. 1:20-cv-03437-GBD**
**         Consent Letter to Adjourn Status Conference**

Dear Judge Daniels:

I am pleased to report that the parties completed a productive mediation on September 21, 2021. The parties are currently working to document the terms of a confidential amicable resolution of this action. I believe this should be finalized in the next week or two. Accordingly, the parties jointly respectfully request the adjournment of tomorrow's status conference.

Should Your Honor have any questions or comments regarding the foregoing, please do not hesitate to contact counsel.

Respectfully Submitted,

*/s/ Vlad Tinovsky*
Vlad Tinovsky, Esq.
*Counsel for Defendants*

CC:    Edward Emmett ("E.E.") Keenan, Esq.

SO ORDERED THIS  6  DAY OF OCTOBER, 2021.

*George B. Daniels*
The Honorable George B. Daniels